# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.

PATRICK JONES (2)

WARRANT FOR ARREST

CASE NUMBER: W07-20M

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____PATRICK JONES____
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

() Indictment  () Information  (X) Complaint  () Order of court  () Violation Notice  () Probation Violation Petition

charging him or her with (brief description of offense) **aided and abetted by another, possessing with intent to distribute at least five (5) grams of a mixture or substance containing cocaine base, also known as "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__
and in violation of Title __18__ United States Code, Section __2__.

Walter S. Smith, Jr.
Name of Issuing Officer

Chief U. S. District Judge
Title of Issuing Officer

/s/ Walter S. Smith, Jr.
Signature of Issuing Officer

February 1, 2007        Waco, Texas
Date and Location

Bail fixed at $ ____detained____ by Walter S. Smith, Jr.,        Chief, U. S. District Judge
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |