```
OAKFF              *        INMATE EDUCATION DATA        *        09-24-2019
PAGE 001           *            TRANSCRIPT               *        14:26:30


REGISTER NO: 83582-180       NAME..: JONES                   FUNC: DIS
FORMAT.....: TRANSCRIPT      RSP OF: OAK-OAKDALE I FCI


------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
OAK  ESL HAS    ENGLISH PROFICIENT       09-07-2007 0804 CURRENT
OAK  GED EP     ENROLL GED PROMOTE W/CAUSE 07-19-2010 0001 CURRENT
OAK  GED SAT    GED PROGRESS SATISFACTORY 09-02-2009 0001 CURRENT


--------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
OAK        PRE-GED 4 2:00-3:30 PM         05-08-2017  CURRENT
ERE        GED: 12-2 PM   D.BOLING        09-22-2016  04-13-2017  P   W  I   538
ERE        EXTREME FITNESS                01-09-2017  03-03-2017  P   C  P     3
ERE        GED: 12-2 PM B. BOWERS         05-14-2015  09-22-2016  C   W  I     0
ERE        TECHNOLOGY 101 ACE COURSE      10-14-2015  10-29-2015  P   C  P     6
ERE        A&O FAMILIARIZATION - MAIN     04-02-2015  04-02-2015  P   C  P     7
BIG        GED 2:00-3:30 MR. OGLE         08-19-2014  12-16-2014  P   W  I   475
BIG        VT GED 2:00-3:30 MR. LAWRENCE  12-02-2013  08-19-2014  C   W  I     0


G0002          MORE PAGES TO FOLLOW . . .
```

```
OAKFF              *        INMATE EDUCATION DATA         *        09-24-2019
PAGE 002           *              TRANSCRIPT              *        14:26:30
```

REGISTER NO: 83582-180       NAME..: JONES                        FUNC: DIS
FORMAT.....: TRANSCRIPT      RSP OF: OAK-OAKDALE I FCI

--------------------------------- EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| BIG | PRE GED 1230-200 M-F LOWER VT | 10-22-2013 | 12-02-2013 | C | W | I | 0 |
| BIG | PRE GED 900-1030 M-F LOWER VT | 03-14-2013 | 09-18-2013 | P | W | I | 126 |
| SEA | GED 2-ENG/9:30-11:30AM NEELY | 07-03-2012 | 02-06-2013 | P | W | I | 280 |
| SEA | RELEASE REQUIREMENTS        5 | 06-01-2012 | 12-11-2012 | P | C | P | 1 |
| SEA | ADMISSION AND ORIENTATION | 06-01-2012 | 12-11-2012 | P | C | P | 1 |
| SEA | ELECTRONIC LAW LIB RESEARCH 6 | 08-15-2012 | 09-05-2012 | P | C | P | 5 |
| BMM | GED A 800-930 M-F VT#2,RPP CT6 | 02-02-2009 | 05-14-2012 | P | W | I | 0 |
| BMM | FIVE SECRETS TO FINDING A JOB | 03-14-2011 | 03-23-2011 | P | C | P | 18 |
| BMM | TICKET TO THE FUTURE | 02-07-2011 | 02-10-2011 | P | C | P | 8 |
| BMM | ANGER MANAGEMENT-ENGLISH | 08-08-2008 | 08-18-2008 | P | C | P | 12 |

--------------------------------- HIGH TEST SCORES ------------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| GED | AVERAGE | 440.0 | 08-02-2016 | ERE | FAIL | DC |

G0002       MORE PAGES TO FOLLOW . . .

```
OAKFF              *         INMATE EDUCATION DATA        *      09-24-2019
PAGE  003          *              TRANSCRIPT              *      14:26:30


REGISTER NO: 83582-180      NAME..: JONES                FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: OAK-OAKDALE I FCI


------------------------------ HIGH TEST SCORES ------------------------------
```

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|------|---------|-------|-----------|-----------|------|-------|
| GED  | LIT/ARTS | 450.0 | 08-02-2016 | ERE | IC | DC |
|      | MATH | 390.0 | 07-20-2016 | ERE | IC | DC |
|      | SCIENCE | 520.0 | 08-12-2016 | ERE | IE | DC |
|      | SOC STUDY | 470.0 | 12-22-2015 | ERE | IJ | DC |
|      | WRITING | 480.0 | 08-12-2016 | ERE | IE | DC |
| GED PRAC | LIT/ARTS | 470.0 | 02-20-2014 | BIG | PA. | |
|      | MATH | 420.0 | 12-15-2015 | ERE | PC | OK |
|      | SCIENCE | 540.0 | 07-14-2014 | BIG | PB | TX |
|      | SOC STUDY | 450.0 | 02-20-2014 | BIG | PA. | |
|      | WRITING | 440.0 | 05-28-2014 | BIG | PA | TX |
| GED READY | MATH | 144.0 | 12-06-2018 | OAK | RE | LA |
|      | RLA | 146.0 | 04-04-2019 | OAK | RD | |
|      | SCIENCE | 145.0 | 07-12-2017 | OAK | RA | |
|      | SOC STUDY | 145.0 | 02-22-2017 | ERE | RC_C | |

```
G0002         MORE PAGES TO FOLLOW . . .
```

```
   OAKFF              *       INMATE EDUCATION DATA        *       09-24-2019
PAGE 004 OF 004 *                  TRANSCRIPT              *       14:26:30

REGISTER NO: 83582-180    NAME..: JONES                FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: OAK-OAKDALE I FCI
```

------------------------------ HIGH TEST SCORES ------------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| GED 2014 | MATH | 142.0 | 07-10-2019 | OAK | | LA |
| | RLA | 144.0 | 04-11-2019 | OAK | | |
| | SCIENCE | 146.0 | 11-16-2018 | OAK | | LA |
| | SOC STUDY | 146.0 | 03-01-2017 | ERE | | |
| TABE D | BATTERY | 5.6 | 01-21-2009 | BMM | D10 | |
| | LANG MECH | 5.8 | 01-21-2009 | BMM | D10 | |
| | LANGUAGE | 8.4 | 01-27-2014 | BIG | 10 | |
| | MATH APPL | 7.3 | 05-15-2013 | BIG | 10 | |
| | MATH COMP | 7.4 | 11-18-2013 | BIG | 10 | |
| | READING | 7.8 | 01-21-2009 | BMM | D10 | |
| | SPELLING | 10.0 | 01-21-2009 | BMM | D10 | |
| | TOTAL MATH | 5.6 | 05-04-2017 | OAK | 9 | |
| | VOCABULARY | 8.7 | 01-21-2009 | BMM | D10 | |

G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED