October 28, 2016

Debra Canady
108 East Avenue G
Temple, TX 76504

President Barack Obama
The President of the United States of America
1600 Pennsylvania Avenue
Washington, DC

Dear President Obama:

    My Name is Debra Canady and I'm writing this letter on behalf of my brother Patrick Jones. He is an awesome person. He is also a positive role model towards his son who he is missing, and all things his son is doing in school. Not only that I'm his little sister and I have kids of my own that don't have a male role model in there life. Patrick always worked to provide for his family. He is a responsible person who will mow the yards of neighborhood elders for holiday.

    I remember times when I was a kid in school. He would always push me to be better and do better in life. If I got a B- he would say thats good but keep pushing, see if you can get a A. All the prep talk he gave me as a child, I now teach it to my children as they walk they life in school. I can't speak for everyone, just Debra Canady, but Patrick E Jones is truly missed out here by family and friends.

    Everyone makes mistakes. My brother has learned from his mistakes and I pray every night one day he will soon come home to see our family who misses him very deeply. He is a good influence on the young men in our family to see how every action has a reaction. My kids miss they uncle and I also miss my brother. I also wanted to let you know that I will open my home to Patrick Jones as a supporter to help him transition into the world of positive influences, to a brighter future. I know there's jobs he can work at to build the career he has for his self in culinary school while in prison.

    I'm writing this letter to show all the love and support Patrick Jones will have once he come home to us. Thank you for allowing me to write you this letter to show how much I love my brother and how he is needed out here for his son, niece, and nephews. I thank you again for opening up doors that once felons believed was closed. You are an amazing President. God bless you and thank you again President Obama.

    Sincerely,

    *Debra Canady*

    Debra Canady

ACTIVE 218022933v.1