October 28, 2016

President Barack Obama
The President of the United States of America
1600 Pennsylvania Avenue
Washington, DC

Dear President Obama:

    My name is Claudette Crompton and I am the mother of Patrick E. Jones's son Kyrell K. Jones, a 13 year old. He has been away from his father for 10+ years. He was 2 when his father last seen him. I'm a single mother and it's very hard keeping my head above water. I'm worried my son will follow down the wrong road his father did. He stay in trouble with school and I work long hours trying to provide for the household. I can't teach him how to be a man but I have taught him a lot on how to care for his self, wash, cook, and how to love and treat women but that's a Father's job to bond with their son.

    Patrick can live with me and I can help him find jobs that are hiring to help him transition into a brighter future of being the best father to his son. Patrick was always doing something to make money, sometimes not even for pay. He use to rack the neighbors yard, help out others with fixing houses up. Whatever he can do to help he did. He is very responsible person to make sure things was done throughout the family. He is a big part in his sister life. He always pushed them to do better, want better. He showed them the real meaning of life. The neighborhood kids loved him. He played football, basketball, whatever the kids wanted. If he had time he did. If he had it to give, he gave it. He is a very good person who loves the kids and everyone in it. I know it would be a blessing to see these two reunite again. The talks they have when he calls hurts me as a mother to see my child cry night after night missing his years with his father. He's not really into sports because he says why play sports my dad ain't gone never be here to see me play. I work, I wouldn't have the time. He acts out in school and I have to keep leaving work. I pray I don't get fired but they will only help me so much before something happens. Its hard being single and having teen age boys and girl with kids and I only wants whats best for all my children. I hope this letter answers my prayers as a single mother who son is missing his father and needs him, loves him deeply. Thanks for giving us hope for a brighter future thank you.

    Sincerely,

    Claudette Crumpton

*C. Crumpton*
*mother of his son*