UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 6:07-CR-00022-ADA-2 |
| | § | |
| PATRICK ESTELL JONES | § | |

**NOTICE OF APPEAL**

Patrick Estell Jones gives notice that he appeals to the United States Court of Appeals for the Fifth Circuit from this Court's order (docket entry 187) denying his Motion for Reduction of Sentence under Section 404 of the First Step Act (docket entry 182). The order was entered on February 26, 2020.

An order denying a motion for reduction of sentence is a final and appealable order. 28 U.S.C. § 1291.

DATED this the 11th day of March, 2020.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/_____
HORATIO R. ALDREDGE
Assistant Federal Public Defender
Western District of Texas
504 Lavaca, Suite 960
Austin, Texas 78701
(512) 916-5025
(512) 916-5035 (FAX)
Bar Number: Texas 00795216
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2020, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to the following:

**Mark Frazier**
U.S. Attorney's Office
800 Franklin, Suite 280
Waco, TX 76701
(254) 750-1580


_____
/s/ HORATIO R. ALDREDGE